**No. 10A52. Farhi Saeed Bin Moham-med, Applicant v. Barack H. Obama, President of the United States, et al.**

561 U.S. 1042, 131 S. Ct. 32, 177 L. Ed. 2d 1122, 2010 U.S. LEXIS 5544.

July 16, 2010. Application for stay, presented to The Chief Justice, and by him referred to the Court, denied.

Justice **Ginsburg**, with whom Justice **Breyer** and Justice **Sotomayor** join, dissenting.

I would grant the stay to afford the Court time to consider, in the ordinary course, important questions raised in this case and not resolved in Munaf v. Geren, 553 U.S. 674, 128 S. Ct. 2207, 171 L. Ed. 2d 1 (2008).

**No. 10A70. Abdul Aziz Naji, Applicant v. Barack H. Obama, President of the United States, et al.**

561 U.S. 1042, 131 S. Ct. 32, 177 L. Ed. 2d 1122, 2010 U.S. LEXIS 5545.

July 16, 2010. Application for stay, presented to The Chief Justice, and by him referred to the Court, denied.

**No. 10A89. Joseph Daniel Burns, Applicant v. Mississippi.**

561 U.S. 1042, 131 S. Ct. 32, 177 L. Ed. 2d 1122, 2010 U.S. LEXIS 5546.

July 21, 2010. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied.

**No. 09-6822. Jason Pepper, Petitioner v. United States.**

561 U.S. 1042, 131 S. Ct. 32, 177 L. Ed. 2d 1122, 2010 U.S. LEXIS 5547.

July 22, 2010. Adam G. Ciongoli, Esquire, of New York, New York, is invited to brief and argue in this case, as amicus curiae, in support of the judgment below.

**No. 09A531. Juan Manuel Vicario, Applicant v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1043, 131 S. Ct. 32, 177 L. Ed. 2d 1122, 2010 U.S. LEXIS 5609.

July 26, 2010. Application for stay, addressed to Justice Sotomayor and referred to the Court, denied.

**No. 09A939. David George Karkour, Applicant v. United States.**

561 U.S. 1043, 131 S. Ct. 32, 177 L. Ed. 2d 1122, 2010 U.S. LEXIS 5590.

July 26, 2010. Application for injunction, addressed to Justice Thomas and referred to the Court, denied.

**No. 09A1235 (09-11209). In re Anthony Ray Dailey, Applicant.**

561 U.S. 1043, 131 S. Ct. 33, 177 L. Ed. 2d 1122, 2010 U.S. LEXIS 5574.

July 26, 2010. Application for bail, addressed to Justice Sotomayor and referred to the Court, denied.

**No. 10A24 (09-1250). Richard I. Fine, Applicant v. Leroy D. Baca, Sheriff, Los Angeles County, California, et al.**

561 U.S. 1043, 131 S. Ct. 33, 177 L. Ed. 2d 1122, 2010 U.S. LEXIS 5560.

July 26, 2010. Application for bail, addressed to Justice Ginsburg and referred to the Court, denied.